AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

Daniel Swangler

Plaintiff (s),

V.

Cherne Contracting Corporation

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:20-cv-00611-HSG

Notice is hereby given that, subject to approval by the court, __Cherne Contracting Corporation__ substitutes
(Party (s) Name)

__Jill Ripke__ , State Bar No. __309501__ as counsel of record in
(Name of New Attorney)

place of __Michael E. Brewer and Stephanie Peri Priel__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Perkins Coie LLP
- Address: 1888 Century Park E. Suite 1700, Los Angeles, CA 90067
- Telephone: (310) 788-9900    Facsimile: (310) 788-3399
- E-Mail (Optional): JRipke@perkinscoie.com

I consent to the above substitution.

Date: January 19, 2021

*Jeremy Stewart* (DocuSigned)
(Signature of Party (s))

I consent to being substituted.

Date: January 19, 2021

*Michael E. Brewer* (DocuSigned)
*Stephanie Priel* (DocuSigned)
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 1/15/2021

*Jill J Ripke*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/20/2021

*Haywood S. Gilliam Jr.*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]