UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SWANGLER,<br><br>            Plaintiff,<br><br>        v.<br><br>CHERNE CONTRACTING CORPORATION,<br><br>            Defendant. | Case No. 20-cv-00611-HSG<br><br>**ORDER IN RESPONSE TO PLAINTIFF'S REQUEST FOR CLARIFICATION**<br><br>Re: Dkt. No. 34 |

On January 22, 2021, the Court issued an order granting Defendant's motion to dismiss Plaintiff's class action complaint. Dkt. No. 32. In that order, the Court ordered that the motion to dismiss was granted without prejudice to Plaintiff pursuing his claims on an individual basis. *Id.* at 5-6. The Court then directed the Clerk to close the case. Dkt. No. 33. In response, Plaintiff filed a request for clarification that Plaintiff may continue to prosecute his individual claim in this case. Dkt. No. 34. To the extent it is necessary, the Court clarifies that prior order was a dismissal of the class action complaint without prejudice to Plaintiff filing a new complaint asserting his individual claims. If Plaintiff chooses to pursue his claims on an individual basis, he will need to file a new case in state or federal court. The Court also notes that if Plaintiff chooses to file in federal court, he will need to properly plead a basis for federal jurisdiction.

**IT IS SO ORDERED.**

Dated: 2/10/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge